No. 652. ARENS ET AL. *v.* VILLAGE OF ROGERS. ▪ *Per Curiam:* The appeal is dismissed for the want of a substantial

---

*MR. JUSTICE JACKSON took no part in the consideration or decision of the cases in which orders are this day announced.

950

federal question. *William B. Lockhart* and *David W. Louisell* for appellants. ,
.